Ohio-553, 983 N.E.2d 367. On motion for reconsideration. Motion denied.

O'DONNELL, LANZINGER, and FRENCH, JJ., dissent.

**2012–1811. Mancz v. McHenry.**
Montgomery App. No. 24728, 2012-Ohio-3285. Reported at 134 Ohio St.3d 1451, 2013-Ohio-347, 982 N.E.2d 729. On motion for reconsideration. Motion denied. Motion to strike memo opposing motion for reconsideration denied as moot.

**2012–1815. State v. Nagel.**
Williams App. No. WM–12–005. Reported at 134 Ohio St.3d 1451, 2013-Ohio-347, 982 N.E.2d 729. On motion for reconsideration. Motion denied.

**2012–1852. Jones v. Cochran.**
Lawrence App. No. 12CA14. Reported at 134 Ohio St.3d 1468, 2013-Ohio-553, 983 N.E.2d 368. On motion for reconsideration. Motion denied.

**2012–1856. State v. Ragle.**
Summit App. No. 25706, 2012-Ohio-4253. Reported at 134 Ohio St.3d 1468, 2013-Ohio-553, 983 N.E.2d 368. On motion for reconsideration. Motion denied.

**2012–1896. State v. Knox.**
Cuyahoga App. No. 98027, 2012-Ohio-3821. Reported at 134 Ohio St.3d 1469, 2013-Ohio-553, 983 N.E.2d 368. On motion for reconsideration. Motion denied.

O'CONNOR, C.J., and O'DONNELL and KENNEDY, JJ., dissent and would grant the motion as to Proposition of Law No. I.

**2012–1914. Brooks Capital Servs., L.L.C. v. 5151 Trabue Ltd.**
Franklin App. No. 12AP–30, 2012-Ohio-4539. Reported at 134 Ohio St.3d 1469, 2013-Ohio-553, 983 N.E.2d 369. On motion for reconsideration. Motion denied.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

**2012–1934. Internatl. Bhd. of Elec. Workers, Loc. Union No. 575 v. Settle–Muter Elec., Ltd.**
Fayette App. No. CA2012–02–003, 2012-Ohio-4524. Reported at 134 Ohio St.3d 1470, 2013-Ohio-553, 983 N.E.2d 369. On motion for reconsideration. Motion denied. Motion for stay denied as moot.

LANZINGER and O'NEILL, JJ., dissent and would grant the motion for reconsideration as to Proposition of Law Nos. I and II.

**2012–1982. State v. Parker.**
Cuyahoga App. No. 97841, 2012-Ohio-4741. Reported at 134 Ohio St.3d 1471, 2013-Ohio-553, 983 N.E.2d 370. On motion for reconsideration. Motion denied.

O'CONNOR, C.J., and PFEIFER and O'NEILL, JJ., dissent.

**2012–2085. In re O.W.**
Stark App. No. 2010–CA–00180. Reported at 134 Ohio St.3d 1453, 2013-Ohio-347, 982 N.E.2d 730. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS

*April 25, 2013*

[Cite as *04/25/2013 Case Announcements*, 2013-Ohio-1641.]

## MOTION AND PROCEDURAL RULINGS

**2009–0866. State ex rel. Kobly v. Youngstown City Council.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. In an entry filed June 1, 2012, the court appointed a special master in this case for the continuing limited purpose of receiving evidence and making all necessary determinations and rulings in regard thereto.